1080

No. 88–1214. LEIDHOLDT *v.* L. F. P., INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–1215. AULT *v.* HUSTLER MAGAZINE, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–1216. TAYLOR *v.* FIRST UNION CORPORATION OF SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 88–1218. MARKUM ET AL. *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 88–1220. ULLMANN *v.* OLWINE, CONNELLY, CHASE, O'DONNELL & WEYHER ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–1221. WEISMAN *v.* MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 88–1222. HOLLYWOOD MARINE, INC. *v.* WIEDEMANN & FRANSEN. Sup. Ct. La. Certiorari denied.

No. 88–1225. SCANDELL *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 88–1227. RUSSO *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA (BEAR, STEARNS & CO., INC., ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 88–1233. GRANDCHAMP ET AL. *v.* UNITED AIR LINES, INC. C. A. 10th Cir. Certiorari denied.

No. 88–1234. UNITED SERVICES AUTOMOBILE ASSN. *v.* TUCK, ADMINISTRATOR OF THE ESTATE OF TUCK, ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–1236. CITY OF WATSONVILLE, CALIFORNIA *v.* CRUZ GOMEZ ET AL. C. A. 9th Cir. Certiorari denied.